AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| ABDELMAJI K. LABABNEH | ) Case No: 1:14-cr-189-001 |
|  | ) USM No: 58275-054 |
| Date of Original Judgment: 06/16/2015 | ) |
| Date of Previous Amended Judgment: | ) Terence Kindlon, Esq., 74 Chapel St., Albany, NY 12207 |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant was sentenced using the most recent changes to the Sentencing Guidelines, which included the adjustments to the drug guideline made in 2014. All of those changes were taken into consideration in the scoring of this offense. It is hereby ORDERED that the Motion for Sentence Reduction pursuant to 18 U.S.C. 3582(c)(2) is DENIED.

Except as otherwise provided, all provisions of the judgment dated   06/16/2015   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/04/2016

*Judge's signature*

Effective Date: 11/04/2016            Mae A. D'Agostino, U.S. District Judge
*(if different from order date)*            *Printed name and title*