IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDELMAJI LABABNEH,<br><br>    Petitioner,<br><br>        v.<br><br>UNITED STATES,<br><br>    Respondent. | Criminal No. 1:14-CR-189 (MAD)<br>Civil No. 1:17-CV-722 (MAD) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I electronically filed the September 8, 2017 affirmation of Terence L. Kindlon, Esq., with the Clerk of the District Court using the CM/ECF system, and also caused to be deposited a copy into the U.S. Mail, along with a copy of this certificate, addressed to:

Abdelmaji Lababaneh
Reg. #58275-054
Federal Prison Camp Canaan
Unit G
P.O. Box 200
Waymart, PA 18472

Dated:   September 11, 2017                    Respectfully submitted,

                                               GRANT C. JAQUITH
                                               Acting United States Attorney


                                        By:    */s/ Jeffrey C. Coffman*
                                               Jeffrey C. Coffman
                                               Assistant U.S. Attorney