September 11, 2017

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 407
Albany, NY 12207

*U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 1 4 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY*

Re: United States v. Abdelmaji K. Lababneh, 1:14-CR-00189 (MAD)

Your Honor:

I, Abdelmajid Lababneh, the Petitioner in this case, respectfully ask for a 30 day extension to October 11th, 2017 to submit a Reply Brief to the government's Opposition Brief (Doc. 62) submitted on August 31, 2017 which I just recently received a copy of. I also wish to submit a declaration of my own to counter some of the misstatements and misrepresentations that Attorney Kindlon made to the Court.

Most importantly, I wish to bring to the Court's attention some very important things that Attorney Kindlon **did not** mention in his declaration that should cause the Court to be concerned and to grant my 2255 Petition on that basis alone.

Thank you for the Court's thoughtful consideration of my request.

Respectfully Submitted,

s/s Abdelmajid Lababneh
Abdelmajid Lababneh
Pro-Se Petitioner
Incarcerated Inmate
Reg. #58275-054
Federal Prison Camp Canaan
Unit G
P.O. Box 200
Waymart, PA 18472